In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-12781

_____

DAVID SOSA,

Plaintiff-Appellant,

*versus*

MARTIN COUNTY, FLORIDA,
SHERIFF WILLIAM SNYDER,
of Martin County, Florida in an official capacity,
DEPUTY M. KILLOUGH,
individually,
DEPUTY SANCHEZ,
individually,
JOHN DOE MARTIN COUNTY DEPUTIES,

Defendants-Appellees.

2                                                          20-12781

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:19-cv-14455-DMM

———————————————

Before WILLIAM PRYOR, CHIEF JUDGE, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT LUCK, LAGOA, AND BRASHER, CIRCUIT JUDGES.

BEFORE THE COURT:

A judge of this Court having requested a poll on whether this appeal should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor, the Court sua sponte ORDERS that this appeal will be reheard en banc. The panel's opinion is VACATED.